1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAUDENCIO MOZO, | No. 2:12-CV-00025-MCE-CMK-P |
| Petitioner, | |
| v. | ORDER |
| K. ALLISON, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is a motion for reconsideration (ECF No. 22) of the Magistrate Judge's June 26, 2012, order.

Pursuant to Eastern District of California Local Rule 303(b), "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days calculated from the date of service of the ruling on the parties . . . ."

///
///
///
///

1

1  Here, the motion for reconsideration of the Magistrate Judge's order was filed on July 15, 2012,[1] which is more than fourteen (14) days from the date of service of the Magistrate Judge's order. The motion is therefore untimely. Petitioner's request for an extension of time to file a traverse will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (ECF No. 22) is DENIED as untimely;

2. No further motions for reconsideration of the Magistrate Judge's June 26, 2012, order will be considered;

3. Petitioner's request for an extension of time to file a traverse (ECF No. 22) is GRANTED; and

4. Petitioner may file a traverse within thirty (30) days of the date of this order.

Dated: November 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Houston v. Lack, 487 U.S. 266 (1988), for pro se prisoner litigants seeking reconsideration, the Court has calculated the fourteen day period from the date the motion was delivered to prison authorities for mailing to the Court.